# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA BLACK, individually and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>USCB, INC., d/b/a USCB AMERICA,<br><br>   Defendant. | CASE NO. 5:18-cv-00716-BLF<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: September 6, 2018

*/s/ Beth Labson Freeman*
UNITED STATES DISTRICT JUDGE